IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MAUTHE, M.D., P.C., individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) No. 17-cv-00945 |
| v. | ) |
| OPTUM360, LLC, | ) |
| Defendant. | ) |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Robert W. Mauthe, M.D., P.C. ("Plaintiff"), pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i), hereby voluntarily dismisses this action without prejudice, and without taxation of costs. Plaintiff's Complaint was filed as a Class Action under Fed. R. Civ. P. 23, but a class was never certified.

April 11, 2017

Respectfully submitted,

Robert W. Mauthe, M.D., P.C., a Pennsylvania corporation, individually and as the representative of a class of similarly-situated persons

By: /s/ Richard Shenkan
       One of its attorneys

Richard Shenkan (PA 79800)
Shenkan Injury Lawyers, LLC
P.O. Box 7255
New Castle, PA 16107
(248) 562-1320
(888) 769-1774 (fax)
rshenkan@shenkanlaw.com

Phillip A. Bock (admitted *pro hac vice*)
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
(312) 658-5500
(312) 658-5555 (fax)
phil@classlawyers.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney states that on April 11, 2017, he caused to be served a true and correct copy of the foregoing *Plaintiff's Notice of Voluntary Dismissal* on the party listed below by depositing the same in the U.S. mail at 134 N. La Salle St., Chicago IL 60602 with proper postage prepaid and addressed as follows:

Adam K. Levin
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

                                                /s/ Kimberly M. Watt
                                                One of Plaintiffs' Attorneys